# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DONALD GEORGE,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 2:21-cv-01430-MHH |
| } | |
| **S/S TIRE BESTONE CO.,** } | |
| } | |
| **Defendant.** } | |
| } | |

## ORDER

Before the Court is *pro se* plaintiff Donald George's motion for an extension of time to file his appellate brief. (Doc. 41). The Eleventh Circuit Court of Appeals dismissed Mr. George's appeal for want of prosecution on November 30, 2022, (Doc. 42, p. 1), and denied Mr. George's motion to reinstate the appeal on March 29, 2023, (Court of Appeals Case No. #: 22-13115, Doc. 23).[1] Based on the status of Mr. George's appeal, the Court deems his motion for an extension of time moot.[2] The Clerk shall please TERM Doc. 41 and mail this order to Mr. George at

---

[1] A copy of the appellate docket sheet is attached to this order.

[2] On November 3, 2022, Mr. George called the Eleventh Circuit Court of Appeals and requested, and was given, an extension of time to file his appellate brief. The Eleventh Circuit advised Mr. George that "[a]ny request for a second or subsequent extension of time shall be subject to 11th Cir. R. 31-2(d)." (Court of Appeals Case No. #: 22-13115, Doc. 10). 11th Cir. R. 31-2(d) provides: "A party's second request for an extension of time to file its brief or appendix or to correct a deficiency in its brief or appendix is extremely disfavored and is granted rarely. A party's second request for an extension will be granted only upon a showing of extraordinary circumstances that

the address on file.

    **DONE** and **ORDERED** this April 6, 2023.

                                                _____
                                                **MADELINE HUGHES HAIKALA**
                                                UNITED STATES DISTRICT JUDGE

---

were not foreseeable at the time the first request was made. A second request must be made by written motion and will only be acted upon by the court." Per the Eleventh Circuit Court of Appeals' order, Mr. George had to request another extension of time from the Court of Appeals.